**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000512
01-JUN-2018
08:22 AM**

NO. CAAP-17-000512

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

SCARLETT A. TAYLOR, Plaintiff-Appellant, v.
THE KAHALA HOTEL INVESTORS, LLC, et al., OWNERS dba THE KAHALA
HOTEL AND RESORT; TRINITY KAHALA, LLC; SMH KAHALA, LLC;
GENERAL MANAGER, KAHALA HOTEL AND RESORT; SECURITY DIRECTOR,
KAHALA HOTEL AND RESORT, Defendants-Appellees and
JOHN DOES 1-10; JANE DOES 1-10; and
DOE ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-0845)

ORDER DENYING "MOTION OBJECTION ELECTRONICALLY FILED MAY 14,
2018 AT 3:30 PM AND 3:33 PM FROM INTERMEDIATE COURT OF APPEALS"
(By: Leonard, Presiding Judge, Reifurth and Chan, JJ.)

Upon review of Plaintiff-Appellant's "Motion Objection
Electronically filed May 14, 2018 at 3:30 PM and 3:33 PM from
Intermediate Court of Appeals" (motion) filed herein on May 23,
2018, which we deem to be a third and unauthorized Hawaiʻi Rules
of Appellate Procedure (HRAP) Rule 40 motion for reconsideration,
HRAP Rule 40 does not authorize multiple motions for
reconsideration.

Therefore, IT IS HEREBY ORDERED that said motion is
denied.

IT IS FURTHER HEREBY ORDERED that Plaintiff-Appellant shall cease filing motions in appellate court case number CAAP-17-0000512, which has concluded. If Plaintiff-Appellant files further motions in this appeal, Plaintiff-Appellant may be subject to sanctions as set forth in HRAP Rule 51.

DATED: Honolulu, Hawaiʻi, June 1, 2018.

On the motion:

Scarlett A. Taylor,
Plaintiff-Appellant, *Pro Se*.

Presiding Judge

Associate Judge

Associate Judge

2